IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 4:22-CR00361 |
| ) | |
| CORON DEES, ) | |
| ) | |
| Defendant. ) | |

### DEFENDANT'S MOTION TO CONTINUE THE NOVEMBER 30TH, 2023 SENTENCING HEARING

Defendant Coron Dees, through his attorney, Cira R. Duffe and Hartmann, Duffe & Pegram Law, LLC, moves to continue the Sentencing Hearing date for 60 days or more to a date convenient for the Court. In support of this motion, he states:

1. Mr. Dees is set for Sentencing Hearing on November 30th, 2023;

2. Defense counsel needs additional time to discuss with Defendant the specific offense characteristics to the Pre-Sentence Investigation Report that detrimentally impact Defendant's offense level and subsequent calculations pursuant to the Federal Sentencing Guidelines and;

3. Defendant believes his request is in the interest of justice and that his need for the additional time outweighs both his interest and the public's interest in a speedy trial;

4. The government consents to the continuance;

WHEREFORE, Defendant respectfully requests that the Court continue the November 30th, 2023, Sentencing Hearing date for 60 days or more to a date convenient for the Court.

Respectfully submitted,

/s/ Cira R. Duffe
CIRA R. DUFFE, #49506MO
101 E Columbia St.
Farmington, MO 63640
Telephone: 573 756 8082
Fax: 573 755 0585
E-Mail: duffe@hdp-law.com
Attorney for Defendant

**CERTIFICATE OF SERVICE**

Cira R. Duffe certifies that she filed Defendant's Motion to Continue the Sentencing Hearing electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon Assistant United States Attorney.

/s/ Cira R. Duffe